IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ALEXANDER, et. al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-05-3189 |
| | § | |
| TGF PRECISION HAIRCUTTERS, | § | |
| INC., BRELIAN, INC. AND | § | |
| FRANK TAVAKOLI | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

As the Court has granted Defendants TGF Precision Haircutters, Inc., Brelian, Inc. and Frank Tavakoli's Motion for Summary Judgment the Court hereby

ORDERS that final judgment be entered. Plaintiff Miriam Velas's claims against Defendants are DISMISSED. Plaintiff shall take nothing from Defendants.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 19th day of April, 2006.

_____
DAVID HITTNER
United States District Judge